GIBBONS L. KELTY AND OTHERS, RESPONDENTS, *v.* SARAH A. LONG, APPELLANT.

*Married woman — Separate estate of — when debt is contracted for benefit of — Complaint, in action against.*

Under the statutes of this State a complaint against a married woman need only contain those averments which are requisite in an action at law, and if the defense of coverture be interposed by answer, it may be controverted, or avoided by evidence, under § 168 of the Code, without alleging the facts proposed to be proven for that purpose in the pleading.

The defendant purchased of the plaintiffs certain articles which were used in furnishing a house in the city of New York, of which she was the owner. She claimed that she acted as agent of her husband in making the purchase, but the referee found that the sale was made to her upon the faith of her representations that she owned the house and was herself buying the furniture to furnish it. *Held,* that the debt was contracted for the benefit of her separate estate, and that she was liable therefor.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*Orlando L. Stewart,* for the appellant.

*Wm. Henry Arnoux,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.